# United States District Court
### NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| REGINALD GRANT | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:22-CV-0439-S-BH |
| | § | |
| AMAZON.COM SERVICES LLC | § | |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court.

Defendant's Motion for Summary Judgment [ECF No. 32] is **GRANTED**, and summary judgment is sua sponte **GRANTED** in favor of Defendant on Plaintiff's remaining claims. By separate judgment, all of Plaintiff's claims against Defendant will be **DISMISSED WITH PREJUDICE**.

**SO ORDERED.**

SIGNED September 26, 2023.

UNITED STATES DISTRICT JUDGE